UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT MCNEAL | : | CIVIL ACTION NO.:_____ |
| | : | |
| VERSUS | : | JUDGE:_____ |
| | : | |
| RACE TRAC PETROLEUM, INC. | : | MAG. JUDGE:_____ |

**COMPLAINT**

NOW COMES, through undersigned counsel, Plaintiff ROBERT MCNEAL, a person of the full age of majority and resident of the Parish of Jefferson, State of Louisiana, who respectfully represents the following:

1.

Made Defendant herein is RACE TRAC PETROLEUM, INC., a foreign corporation doing business in the Parish of Jefferson, State of Louisiana (hereinafter "RACE TRAC").

2.

Plaintiff was employed by Defendant RACE TRAC as a Night Manager at the Gretna Louisiana location of Race Trac at 1625 Lafayette Street, Gretna Louisiana in the Parish of Jefferson.

3.

On or about the 15th day of March, 2010, Plaintiff tripped over a box in the freezer at work while stocking shelves in the course and scope of his employment with defendant causing personal injury to plaintiff.

4.

Plaintiff thought that he was going to be healthy, however, his pain progressed.

5.

Plaintiff notified his co-manager, Tammy Arnold, of his injury on or about the 17th or 18th

day of March, 2010.

6.

Plaintiff went to the doctor and presented a doctor's note to his co-manager, Tammy Arnold and she notified Melanie Greene and Ade Ominsora.

7.

Plaintiff was a racial minority as manager of his store.  In addition, plaintiff was one of the only male managers at Race Trac.

8.

Defendant RACE TRAC intentionally terminated Plaintiff because of his race and sex in violation of Title VII of the Civil Rights Act of 1964.

9.

Defendants are indebted unto plaintiff for all sums as are reasonable under the premises, including but not limited to compensatory damages, special damages, punitive damages, attorney's fees, interest on attorney's fees, costs, with interest thereon from the date of judicial demand until paid pursuant to Title VII of the civil rights act of 1964, 42 U.S.C. § 2000e, et. seq., 42 U.S.C. § 1981(a).

10.

Due the acts of the Defendants outlined herein, Plaintiff suffered and continues to suffer:

- A. Conscious pain and suffering;
- B. Physical injury;
- C. Great mental distress;
- D. Humiliation;
- E. Emotional distress;

F. Loss of income and employment;

G. Loss of benefits;

H. Loss of wages;

I. Loss of anticipated wages which would have resulted from promotion;

J. Loss of promotion;

K. defamation;

L. Other losses and injuries which will be shown at trial on the merits.

11.

Plaintiff filed a charge with the EEOC and received a right to sue letter which is attached hereto.

WHEREFORE, Plaintiff ROBERT MCNEAL prays that Defendant RACE TRAC PETROLEUM, INC. be cited and served with a copy of this complaint and after the expiration of all legal delays and due proceedings are had that there be judgment herein in favor of Plaintiff and against the Defendant for all damages asserted herein and for any other relief justice and equity demand.

Respectfully submitted by:

*s/Jean-Paul Robert*
Jean-Paul Robert, Bar # 27628
Attorney at Law, L.L.C.
2315 S. Burnside Ave.
Gonzales, LA 70737
Tel: (225) 647-9200
Fax: (225) 647-9300

24th JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

DOCKET NO._____                                          DIVISION: _____

ROBERT MCNEAL

VERSUS

RACE TRAC PETROLEUM, INC.

FILED_____                    DEPUTY CLERK:_____

## VERIFICATION

I, ROBERT MCNEAL do hereby certify that I have read the attached Petition for Damages and that the factual information contained therein is true and correct to the best of my information and belief.

_____
ROBERT MCNEAL
1013 Manhattan Blvd., Apt. 267
Harvey, LA 70058