UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT MCNEAL | CIVIL ACTION |
| VERSUS | NO. 11-594 |
| RACETRAC PETROLEUM, INC. | SECTION "N" (2) |

### ORDER AND REASONS

Presently before the Court is the "Motion for Summary Judgment" filed by Defendant, RaceTrac Petroleum, Inc. (Rec. Doc. 19). Having carefully considered the parties' supporting and opposing submissions (Rec. Docs. 19, 30, and 35), **IT IS ORDERED** that Defendant's motion is **GRANTED** for essentially the reasons stated in Defendant's original and reply memoranda (Rec. Docs. 19 and 35). Accordingly, **IT IS FURTHER ORDERED** that the race and gender discrimination claims asserted herein by Plaintiff, Robert McNeal, are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 31st day of May 2012.

**KURT D. ENGELHARDT**
**United States District Judge**