UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ROBERT MCNEAL | CIVIL ACTION |
|---|---|
| VERSUS | NO. 11-594 |
| RACETRAC PETROLEUM, INC. | SECTION "N" (2) |

### ORDER AND REASONS

Based on the counsel's representation that all remaining matters in this action have been amicably resolved, **IT IS ORDERED** that Defendant's motion for attorney fees (Rec. Doc. 40) is **DENIED** as **MOOT**.

New Orleans, Louisiana, this 17th day of September 2012.

**KURT D. ENGELHARDT**
**United States District Judge**